| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Moody, James M | 2. Court or Organization USDC, Eastern District of AR | 3. Date of Report 5/5/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ◯ Nomination, Date ◯ Initial ⦿ Annual ◯ FInal | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 600 West Capitol, Suite 381 Little Rock, AR 72201-3325 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Residuary Trust |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 10 A 10: 41 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Tutoring |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moody, James M | 5/5/2005 |

## V.  GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.  (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. JAMES M. MOODY | | | | | | | | | |
| 2. One Bank | A | Interest | K | T | | | | | |
| 3. Bank of America | A | Interest | J | T | | | | | |
| 4. Regions Bank | A | Interest | J | T | | | | | |
| 5. AR Fed. Credit Union, LR | B | Interest | L | T | | | | | |
| 6. Cash/Money Mkt. Funds | D | Interest | K | T | | | | | |
| 7. Very Special Tea Room (See Comment 1, Sec. VIII) | | None | | | | | | | |
| 8. LLC: | | | | | | | | | |
| 9. -1/2 int. El Dorado Farm | B | Royalty | | | Sell | 12/31 | | | |
| 10. -IRA-Regions Bank, LR | B | Interest | L | T | | | | | |
| 11. -Comprised of 3 mutual funds: | | | | | | | | | |
| 12. -Janus 20 | | | | | Sell | 10/6 | K | | |
| 13. -Kaufman Funds | | | | | Sell | 11/5 | K | B | |
| 14. -Janus Global Tech | | | | | | | | | |
| 15. STOCKS: | | | | | | | | | |
| 16. BH&M Oil Com. Stock | A | Dividend | J | T | | | | | |
| 17. Morgan Stanley Com. Stock | A | Dividend | K | T | | | | | |
| 18. Wal-Mart Stores Com. Stock | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. MUTUAL FUNDS: | | | | | | | | | |
| 20. Putnam Amer.Growth & Income | A | Dividend | J | T | | | | | |
| 21. Amer.Funds AMCAP Fund | A | Dividend | K | T | | | | | |
| 22. Fidelity Eq. Aggr. Growth | A | Dividend | J | T | | | | | |
| 23. MSDW Competitive Edge | A | Dividend | L | T | | | | | |
| 24. Van Kampen Comstock A | A | Dividend | | | Sell | 5/17 | J | A | |
| 25. IShares Russell 2000 Value Fund | A | Dividend | L | T | | | | | |
| 26. IShares Russell 2000 Growth | A | Dividend | K | T | | | | | |
| 27. IShares Russell 1000 Gr Index | A | Dividend | L | T | | | | | |
| 28. IShares Russell 1000 Value Index | B | Dividend | M | T | | | | | |
| 29. IShares Russell Midcap Index Fd | A | Dividend | K | T | | | | | |
| 30. IShares S&P Midcap 400 Value | A | Dividend | M | T | | | | | |
| 31. IShares S&P Midcap 400 Growth | A | Dividend | K | T | | | | | |
| 32. IShares S&P 500 Barra Val Ind | A | Dividend | K | T | | | | | |
| 33. MUNICIPAL BONDS: | | | | | | | | | |
| 34. Nuveen Tax Exempt | A | Interest | J | T | | | | | |
| 35. NLR, AR School Dist. #1 | B | Interest | L | T | | | | | |
| 36. LR, AR School Dist. Ser. B | B | Interest | L | T | | | | | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:       J = $15,000 or less       K = $15,001-$50,000       L = $50,001-$100,000       M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000       P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal       R = Cost (Real Estate Only)       S = Assessment       T = Cash/Market
   (See Column C2)       U = Book Value       V = Other       W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Pul. Cnty. Children's Hosp. | A | Interest | J | T | | | | | |
| 38. Heber Springs School District | A | Interest | J | T | Buy | 8/18 | J | | |
| 39. GOV. BONDS: | | | | | | | | | |
| 40. Fed. Home Loan Mtg. Corp. | B | Interest | L | T | | | | | |
| 41. CORPORATE BONDS: | | | | | | | | | |
| 42. General Motors | | None | L | T | | | | | |
| 43. MANAGED FUTURES | | | | | | | | | |
| 44. MS Spectrum Tech | | None | J | T | Buy | 6/1 | J | | |
| 45. MS Spectrum Currency | | None | J | T | Buy | 6/1 | J | | |
| 46. ACCT A (See Comment 2, Sec. VIII): | | | | | | | | | |
| 47. MUNICIPAL BONDS: | | | | | | | | | |
| 48. Ar Dev Fin Auth SFMR | A | Interest | J | T | | | | | |
| 49. AR Zero Coupon | | None | K | T | | | | | |
| 50. Greene Cty, AR Housing | B | Interest | K | T | | | | | |
| 51. LR, AR Baptist Medical | C | Interest | K | T | | | | | |
| 52. Pul Cnty, AR Children's Hosp. | B | Interest | K | T | | | | | |
| 53. Union Cnty, AR Housing | B | Interest | K | T | | | | | |
| 54. AR Div Fin Auth SFM Ser B | B | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2 Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. Pul. AR Hlth. Fac. Catholic | B | Interest | K | T | | | | | |
| 56. UA-Fay Var Fac | B | Interest | K | T | | | | | |
| 57. AR Div Fin Auth SFM Ser B | B | Interest | | | Redeem | 6/4 | K | | |
| 58. Bentonville, AR Schools | B | Interest | | | Redeem | 2/2 | L | | |
| 59. West Fork, AR School Dist. | A | Interest | K | T | | | | | |
| 60. AR St Dev Fin Auth SFMR | | None | | | Redeem | 1/2 | J | | |
| 61. Jonesboro, AR Res Housing | | None | K | T | | | | | |
| 62. Wynne, AR School Dist 9 | | None | | | Redeem | 2/2 | K | | |
| 63. AR St Dev Fin Auth SFMR | A | Dividend | K | T | | | | | |
| 64. Drew Cty, AR School Dist. 5 | | None | K | T | | | | | |
| 65. Rogers, AR School Dist | A | Interest | K | T | | | | | |
| 66. Brookland, AR School Dist | | None | L | T | | | | | |
| 67. Springdale, AR School Dist | B | Interest | K | T | | | | | |
| 68. Booneville, AR School Dist | | None | L | T | | | | | |
| 69. Heber Springs AR School District | | | K | T | Buy | 8/18 | K | | |
| 70. Springdale AR School Dist. 050 | B | Interest | L | T | Buy | 1/29 | L | | |
| 71. LR, AR Baptist Med Center | B | Interest | K | T | Buy | 1/29 | L | | |
| 72. ACCT C (See Comment 3, Sec. VIII): | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Activision, Inc. | | None | J | T | | | | | |
| 74. 1ACCT-LI.C: | | | | | | | | | |
| 75. Red River Farm | | None | M | W | | | | | |
| 76. 1ACCT5  (See Comment 4, Sec. VIII): | | | | | | | | | |
| 77. Cash/Money Market Funds | A | Dividend | | | T8 | 10/5 | | | |
| 78. Wyeth | A | Dividend | | | T8 | 8/25 | | | |
| 79. Microsoft Corp. | | None | | | T8 | 8/25 | | | |
| 80. Fed Home Loan Mortgage | A | Dividend | | | T8 | 8/25 | | | |
| 81. Aetna, Inc. | A | Dividend | | | T8 | 8/25 | | | |
| 82. Allstate Corp. | A | Dividend | | | T8 | 8/25 | | | |
| 83. Ambac, Inc. | A | Dividend | | | T8 | 8/25 | | | |
| 84. Office Max (formerly Boise Cascade) | A | Dividend | | | T8 | 8/25 | | | |
| 85. BP Amoco (formerly BP PLS ADS) | A | Dividend | | | T8 | 8/25 | | | |
| 86. Bristol Myers Squibb | A | Dividend | | | T8 | 8/25 | | | |
| 87. Chubb | A | Dividend | | | T8 | 8/25 | | | |
| 88. Conoco/Phillips | A | Dividend | | | T8 | 8/25 | | | |
| 89. CVS Corp. | A | Dividend | | | T8 | 8/25 | | | |
| 90. Diamond Offshore Drilling | A | Dividend | | | Sell | 4/27 | J | B | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Dow Chemical | A | Dividend | | | T8 | 8/25 | | | |
| 92. DuPont E.I. De Nemours | A | Dividend | | | T8 | 8/25 | | | |
| 93. Exelon Corp. | A | Dividend | | | Sell | 8/19 | J | | |
| 94. Federated Dept. Stores | A | Dividend | | | T8 | 8/25 | | | |
| 95. Halliburton Co. | A | Dividend | | | T8 | 8/25 | | | |
| 96. Hewlett Packard | A | Dividend | | | T8 | 8/25 | | | |
| 97. International Paper Co. | A | Dividend | | | T8 | 8/25 | | | |
| 98. Kroger Co. | | None | | | T8 | 8/25 | | | |
| 99. Lexmark Int., Inc. | | None | | | T8 | 8/25 | | | |
| 100. Limited, Inc. | A | Dividend | | | T8 | 8/25 | | | |
| 101. McDonald's Corp. | A | Dividend | | | T8 | 8/25 | | | |
| 102. Nokia CP | | None | | | T8 | 8/25 | | | |
| 103. Altria Group | | None | | | T8 | 8/25 | | | |
| 104. Sara Lee Corp. | | None | | | Sell | 1/13 | | | |
| 105. Schering Plough, Inc. | A | Dividend | | | T8 | 8/25 | | | |
| 106. Schlumberger Ltd. | A | Dividend | | | T8 | 8/25 | | | |
| 107. Scottish PWR | A | Dividend | | | T8 | 8/25 | | | |
| 108. Sprint CP | A | Dividend | | | T8 | 8/25 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. TXU Corp. | A | Dividend | | | T8 | 8/25 | | | |
| 110. Verizon Communications | A | Dividend | | | T8 | 8/25 | | | |
| 111. Walt Disney Co. | A | Dividend | | | T8 | 8/25 | | | |
| 112. Wells Fargo & Co. | A | Dividend | | | T8 | 8/25 | | | |
| 113. Citigroup, Inc. | A | Dividend | | | T8 | 8/25 | | | |
| 114. Flextronics | | None | | | T8 | 8/25 | | | |
| 115. Int'l Business Machines | A | Dividend | | | T8 | 8/25 | | | |
| 116. JP Morgan Chase & Co. | A | Dividend | | | T8 | 8/25 | | | |
| 117. Kimberly Clark Corp. | A | Dividend | | | T8 | 8/25 | | | |
| 118. Merck & Co. | A | Dividend | | | T8 | 8/25 | | | |
| 119. Merrill Lynch & Co. | A | Dividend | | | T8 | 8/25 | | | |
| 120. Public Service Ent. | A | Dividend | | | T8 | 8/25 | | | |
| 121. Roche Holdings | A | Dividend | | | T8 | 8/25 | | | |
| 122. Alcoa, Inc. | A | Dividend | | | T8 | 8/25 | | | |
| 123. Glaxo Smith Kline | A | Dividend | | | T8 | 8/25 | | | |
| 124. Global Santa Fe Corp. | A | Dividend | | | T8 | 8/25 | | | |
| 125. Jones Apparel Group | A | Dividend | | | T8 | 8/25 | | | |
| 126. Pfizer, Inc. | A | Dividend | | | T8 | 8/25 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. PNC Financial Services | A | Dividend | | | T8 | 8/25 | | | |
| 128. SBC Communications | A | Dividend | | | T8 | 8/25 | | | |
| 129. Unilever | | None | | | T8 | 8/25 | | | |
| 130. Total Fina | | | J | T | Buy | 3/25 | J | | |
| 131. Total Fina (same acct as above) | A | Dividend | | | T8 | 8/25 | | | |
| 132. Clear Channel Comm. | | | J | T | Buy | 3/23 | J | | |
| 133. Clear Channel Comm. (same acct as above) | A | Dividend | | | T8 | 8/25 | | | |
| 134. 1ACCT6   (See Comment 4, Sec. VIII): | | | | | | | | | |
| 135. Johnson & Johnson | A | Dividend | | | T8 | 8/25 | | | |
| 136. Cash/Money Market Funds | A | Dividend | | | T8 | 8/25 | | | |
| 137. Dover Corp. | A | Dividend | | | T8 | 8/25 | | | |
| 138. Freddie Mac | A | Dividend | | | T8 | 8/25 | | | |
| 139. Liberty Media | | None | | | T8 | 8/25 | | | |
| 140. Liz Claiborne | A | Dividend | | | T8 | 8/25 | | | |
| 141. Markel Corp. | | None | | | T8 | 8/25 | | | |
| 142. MBNA Corp. | A | Dividend | | | T8 | 8/25 | | | |
| 143. McDonald's Corp. | A | Dividend | | | T8 | 8/25 | | | |
| 144. Mercury General | A | Dividend | | | Sell | 2/2 | J | | |

1. Income/Gain Codes:      A  = $1,000 or less      B  = $1,001-$2,500      C  = $2,501-$5,000      D  = $5,001-$15,000      E  = $15,001-$50,000
    (See Columns B1 and D4)      F  = $50,001-$100,000      G  = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J  = $15,000 or less      K  = $15,001-$50,000      L  = $50,001-$100,000      M  = $100,001-$250,000
    (See Columns C1 and D3)      N  = $250,000-$500,000      O  = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q  = Appraisal      R  = Cost (Real Estate Only)      S  = Assessment      T  = Cash/Market
    (See Column C2)      U  = Book Value      V  = Other      W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. MGIC Investment Corp. | A | Dividend | | | T8 | 8/25 | | | |
| 146. Morgan Stanley Dean Witter | A | Dividend | | | T8 | 8/25 | | | |
| 147. Pfizer, Inc. | A | Dividend | | | T8 | 8/25 | | | |
| 148. Target Corp. | A | Dividend | | | T8 | 8/25 | | | |
| 149. Viacom, Inc. | A | Dividend | | | T8 | 8/25 | | | |
| 150. Wells Fargo & Co. | A | Dividend | | | T8 | 8/25 | | | |
| 151. American Int'l Group | A | Dividend | | | T8 | 8/25 | | | |
| 152. Auto Data Processing | A | Dividend | | | Sell | 4/26 | J | | |
| 153. Comcast Corp. | | None | | | T8 | 8/25 | | | |
| 154. Costco Wholesale Corp. | A | Dividend | | | T8 | 8/25 | | | |
| 155. Kraft Foods, Inc. | A | Dividend | | | T8 | 8/25 | | | |
| 156. Merck & Co. | A | Dividend | | | T8 | 8/25 | | | |
| 157. Microsoft Corp. | A | Dividend | | | T8 | 8/25 | | | |
| 158. Mohawk Industries | | None | | | T8 | 8/25 | | | |
| 159. Waste Management, Inc. | A | Dividend | | | T8 | 8/25 | | | |
| 160. Berkshire Hathaway | | None | | | T8 | 8/25 | | | |
| 161. Charter One Financial | | None | | | Sell | 5/6 | J | | |
| 162. First Data Corporation | | None | | | T8 | 8/25 | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. Interactive Corp. | | None | | | T8 | 8/25 | | | |
| 164. Nokia | A | Dividend | | | Sell | 4/21 | J | | |
| 165. Walgreen | A | Dividend | | | T8 | 8/25 | | | |
| 166. Willis Group Holdings | A | Dividend | | | T8 | 8/25 | | | |
| 167. Intuit | A | Dividend | J | T | Buy | 5/20 | J | | |
| 168. Intuit (same acct as above) | A | Dividend | | | T8 | 8/25 | | | |
| 169. Taiwan Semiconductor | | None | J | T | Buy | 3/15 | J | | |
| 170. Taiwan Semiconductor (same acct as above) | | None | | | T8 | 8/25 | | | |
| 171. Baxter, Int. | | None | J | T | Buy | 3/24 | J | | |
| 172. Baxter, Int. (same acct as above) | | None | | | T8 | 8/25 | | | |
| 173. Fiserv, Inc. | | None | J | T | Buy | 4/19 | J | | |
| 174. Fiserv, Inc. (same acct as above) | | None | | | T8 | 8/25 | | | |
| 175. France Telecom SA | | None | J | T | Buy | 6/3 | J | | |
| 176. France Telecom SA (same acct as above) | | None | | | T8 | 8/25 | | | |
| 177. Fuji Photo Film Co., Ltd. | | None | J | T | Buy | 6/3 | J | | |
| 178. Fuji Photo Film Co., Ltd. (same acct as above) | | None | | | T8 | 8/25 | | | |
| 179. 1ACCT7   (See Comment 4, Sec. VIII): | | | | | | | | | |
| 180. Cash/Money Market Funds | A | Dividend | | | T8 | 8/25 | | | |

1. Income/Gain Codes:       A  = $1,000 or less       B  = $1,001-$2,500       C  = $2,501-$5,000       D  = $5,001-$15,000       E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50,001-$100,000   G  = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:             J  = $15,000 or less     K  = $15,001-$50,000     L  = $50,001-$100,000   M  = $100,001-$250,000
   (See Columns C1 and D3)   N  = $250,000-$500,000   O  = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                       P4 = $More than $50,000,000
3. Value Method Codes:      Q  = Appraisal           R  = Cost (Real Estate Only)   S  = Assessment   T  = Cash/Market
   (See Column C2)          U  = Book Value          V  = Other               W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. ABN AMRO Holdings | | None | | | T8 | 8/25 | | | |
| 182. America Movil | A | Dividend | | | Sell | 1/21 | J | B | |
| 183. Archer Daniels Midland | A | Dividend | | | Sell | 1/30 | J | A | |
| 184. BAE Systems | A | Dividend | | | T8 | 8/25 | | | |
| 185. Banco Bilbao | A | Dividend | | | T8 | 8/25 | | | |
| 186. Boeing Co. | A | Dividend | | | Sell | 5/24 | J | A | |
| 187. Brasil Telecom | A | Dividend | | | T8 | 8/25 | | | |
| 188. BT GP PLC | A | Dividend | | | T8 | 8/25 | | | |
| 189. Deutsche Telekom | | None | | | T8 | 8/25 | | | |
| 190. E. on AG | A | Dividend | | | T8 | 8/25 | | | |
| 191. Goodyear Tire & Rubber | | None | | | T8 | 8/25 | | | |
| 192. Hitachi 10 Com | A | Dividend | | | T8 | 8/25 | | | |
| 193. Loews Corp. | A | Dividend | | | T8 | 8/25 | | | |
| 194. Matsushita | A | Dividend | | | T8 | 8/25 | | | |
| 195. Merck & Co. | A | Dividend | | | T8 | 8/25 | | | |
| 196. Mitsubishi Tokyo | A | Dividend | | | T8 | 8/25 | | | |
| 197. MM02 PLC | | None | | | Sell | 3/1 | J | | |
| 198. Motorola, Inc. | A | Dividend | | | Sell | 3/2 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. Nippon Telegraph & Telephone | A | Dividend | | | T8 | 8/25 | | | |
| 200. Petroleo Brasileiro | A | Dividend | | | T8 | 8/25 | | | |
| 201. Altria Group | A | Dividend | | | T8 | 8/25 | | | |
| 202. Repsol | A | Dividend | | | T8 | 8/25 | | | |
| 203. SBC Communications | A | Dividend | | | T8 | 8/25 | | | |
| 204. Schering Plough Corp. | A | Dividend | | | T8 | 8/25 | | | |
| 205. TeleBras (formerly Telecommunicacoes Bras) | A | Dividend | | | T8 | 8/25 | | | |
| 206. Telefonos De Mx | A | Dividend | | | T8 | 8/25 | | | |
| 207. Toys R Us | | None | | | T8 | 8/25 | | | |
| 208. Unisys Corp. | | None | | | T8 | 8/25 | | | |
| 209. UST Inc. | A | Dividend | | | T8 | 8/25 | | | |
| 210. Verizon Comm. | A | Dividend | | | T8 | 8/25 | | | |
| 211. Waste Management, Inc. | A | Dividend | | | Sell | 6/16 | J | A | |
| 212. Xerox Corp. | | None | | | T8 | 8/25 | | | |
| 213. Albertson's Inc. | A | Dividend | | | T8 | 8/25 | | | |
| 214. Alcatel Ads | | None | | | T8 | 8/25 | | | |
| 215. Bayerische | | None | | | T8 | 8/25 | | | |
| 216. Bellsouth Corp. | A | Dividend | | | T8 | 8/25 | | | |

1. Income/Gain Codes:  A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. Bristol Myers Squibb | A | Dividend | | | T8 | 8/25 | | | |
| 218. Centrals Elec Brasileiras (now Centrais Electricas) | A | Dividend | | | T8 | 8/25 | | | |
| 219. Cit Group | A | Dividend | | | T8 | 8/25 | | | |
| 220. Duke Energy Corp. | A | Dividend | | | T8 | 8/25 | | | |
| 221. Electronic Data Systems | A | Dividend | | | T8 | 8/25 | | | |
| 222. GlaxoSmithKline | A | Dividend | | | T8 | 8/25 | | | |
| 223. JP Morgan Chase & Co. | A | Dividend | | | T8 | 8/25 | | | |
| 224. Kroger Co. | | None | | | T8 | 8/25 | | | |
| 225. KT Corp. | A | Dividend | | | T8 | 8/25 | J | | |
| 226. Lucent Technologies | | None | | | Sell | 3/19 | J | B | |
| 227. Micron Technologies | | None | | | T8 | 8/25 | | | |
| 228. Reuters Group | A | Dividend | | | Sell | 4/16 | J | | |
| 229. Safeway, Inc. | | None | | | T8 | 8/25 | | | |
| 230. Sumitomo Mitsui | A | Dividend | | | T8 | 8/25 | | | |
| 231. El Paso Corp. | A | Dividend | | | T8 | 8/25 | | | |
| 232. Hypo Real Estate | | None | | | Sell | 2/13 | J | A | |
| 233. ING Groep | A | Dividend | | | T8 | 8/25 | | | |
| 234. Koninklijke | A | Dividend | | | T8 | 8/25 | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. Lafarge | A | Dividend | | | T8 | 8/25 | | | |
| 236. Marks & Spencer | A | Dividend | | | T8 | 8/25 | | | |
| 237. Telecentro Oeste Celular | | None | | | T8 | 8/25 | | | |
| 238. Telecom Italia | A | Dividend | | | T8 | 8/25 | | | |
| 239. Telefonica SA | A | Dividend | | | T8 | 8/25 | | | |
| 240. Tenet Healthcare | | None | | | T8 | 8/25 | | | |
| 241. Volkswagen | | None | | | T8 | 8/25 | | | |
| 242. 1ACCT8   (See Comment 5, Sec. VIII): | | | | | | | | | |
| 243. ABN AMRO Holding NV | A | Dividend | J | T | | | | | |
| 244. Aetna, Inc. | A | Dividend | J | T | | | | | |
| 245. AKZO Nobrl NV | C | Dividend | J | T | | | | | |
| 246. Albertsons, Inc. | | None | J | T | | | | | |
| 247. Alcatel Ads | | None | | | Sell | 10/7 | | | |
| 248. Alcoa, Inc. | A | Dividend | J | T | | | | | |
| 249. Allstate Corp | A | Dividend | | | Sell | 9/23 | J | | |
| 250. Altria Group, Inc. | A | Dividend | J | T | | | | | |
| 251. AMBAC, Inc. | A | Dividend | J | T | | | | | |
| 252. Am. Int. Group, Inc. | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. BAE Systems | A | Dividend | | | Sell | 11/9 | J | B | |
| 254. BP Amoco | | | J | T | | | | | |
| 255. BT Group | | | J | T | | | | | |
| 256. Banco Bilbaovizcaya | A | Dividend | J | T | | | | | |
| 257. Banco Santander Cen | | | J | T | Merger | 11/18 | J | | |
| 258. Baxter Int., Inc. | | | J | T | | | | | |
| 259. Bayerische | | | J | T | | | | | |
| 260. Bell South Corp. | A | Dividend | J | T | | | | | |
| 261. Berkshire Hathaway, Inc. | | | J | T | | | | | |
| 262. Office Max (formerly Boise Cascade) | A | Dividend | | | Merger | 11/1 | J | | |
| 263. Brasil Telecom | | | J | T | | | | | |
| 264. Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 265. CIT Group, Inc. | A | Dividend | J | T | | | | | |
| 266. Centrals Elec Brasileiras | | | J | T | | | | | |
| 267. Chubb Corp. | A | Dividend | J | T | | | | | |
| 268. Citigroup, Inc.-Sec. | | | K | T | | | | | |
| 269. Clear Channel Communications | | | J | T | | | | | |
| 270. Coca-Cola Co. | A | Dividend | K | T | Buy | 11/18 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | | Name of Person Reporting | | Date of Report |
|---|---|---|---|---|
| | | Moody, James M | | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. Comcast Corp. | | | J | T | | | | | |
| 272. Conoco Phillips | A | Dividend | J | T | | | | | |
| 273. Costco | A | Dividend | J | T | | | | | |
| 274. CVS Corp. | A | Dividend | | | Sell | 12/8 | J | | |
| 275. Deutsche Telekom | | | J | T | | | | | |
| 276. Duke Energy Co. | A | Dividend | | | Sell | 9/3 | J | | |
| 277. Walt Disney Co. | | | J | T | | | | | |
| 278. Dover Corp. | A | Dividend | J | T | | | | | |
| 279. Dow Chemical Co. | | Dividend | J | T | | | | | |
| 280. DuPont E I DeNemours & Co. | C | Dividend | J | T | | | | | |
| 281. E. on AG | A | Dividend | | | Sell | 11/9 | J | | |
| 282. El Paso Corp. | | | J | T | | | | | |
| 283. Electronic Data Systems Corp. | | | J | T | | | | | |
| 284. Fed Home Loan Mortgage | A | Dividend | | | Sell | 9/27 | J | | |
| 285. Federated Dept. Stores | | | J | T | | | | | |
| 286. First Data Corp. | | | J | T | | | | | |
| 287. Fiserv, Inc. | | | J | T | | | | | |
| 288. Freddie Mac | A | Dividend | | | Sell | 9/27 | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. France Telecom SA | | None | | | Sell | 9/23 | J | | |
| 290. Fuji Photo Film Co., Ltd. | | None | | | Sell | 9/9 | J | | |
| 291. General Motors Corp. | | | K | T | Buy | 10/20 | K | | |
| 292. GlaxoSmithKline | | | J | T | | | | | |
| 293. Goodyear Tire & Rubber | | None | | | Sell | 11/5 | J | | |
| 294. Halliburton Co. | A | Dividend | K | T | | | | | |
| 295. Hewlett Pakcard Co. | | | J | T | | | | | |
| 296. Hitachi Limited | A | Dividend | J | T | | | | | |
| 297. IAC Interactive Corp. | | | J | T | | | | | |
| 298. IBM Corp. | A | Dividend | J | T | | | | | |
| 299. ING Groep | | | J | T | | | | | |
| 300. International Paper Co. | | | J | T | | | | | |
| 301. Intuit, Inc. | | | J | T | | | | | |
| 302. J. Sainsbury | | | J | T | | | | | |
| 303. J.P. Morgan Chase & Co. | | | K | T | | | | | |
| 304. Johnson & Johnson, Inc. | A | Dividend | J | T | | | | | |
| 305. Jones Apparel Group, Inc. | A | Dividend | J | T | Buy | 11/17 | K | | |
| 306. Kimberly-Clark Corp. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Koninklijke | | | J | T | | | | | |
| 308. Kraft Foods, Inc. | | | J | T | | | | | |
| 309. Kroger Co. | | None | J | T | | | | | |
| 310. KT Corp. | A | Dividend | | | Sell | 11/17 | J | | |
| 311. Lafarge S.A. | | None | J | T | | | | | |
| 312. Lexmark Int. Group | | None | J | T | | | | | |
| 313. Liberty Media | | None | | | Sell | 11/2 | J | | |
| 314. Limited Brands, Inc. | | None | J | T | | | | | |
| 315. Liz Claiborne | A | Dividend | | | Sell | 9/2 | J | | |
| 316. Loews Corp. | A | Dividend | | | Sell | 9/3 | J | | |
| 317. MBNA Corp. | | None | J | T | | | | | |
| 318. MGIC Investment Corp. | A | Dividend | J | T | | | | | |
| 319. Markel Corp. | | None | J | T | | | | | |
| 320. Marks & Spencer | | None | J | T | | | | | |
| 321. Matsushita Elec. Ind. | D | Dividend | J | T | | | | | |
| 322. McDonalds Corp. | A | Dividend | K | T | | | | | |
| 323. Merck & Co., Inc. | | None | J | T | | | | | |
| 324. Merrill Lynch & Co. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 325. Microsoft Corp. | C | Dividend | J | T | | | | | |
| 326. Micron Technology, Inc. | | None | J | T | | | | | |
| 327. Mitsubishi Tokyo Fin. Group, Inc. | | None | J | T | | | | | |
| 328. Morgan Stanley Dean Witter | A | Dividend | | | Sell | 11/3 | J | | |
| 329. Mohawk Ind., Inc. | | None | J | T | | | | | |
| 330. Neenah Paper, Inc. | | None | J | T | | | | | |
| 331. Nippon Telegraph & Telephone | A | Dividend | | | Sell | 10/8 | J | | |
| 332. Nokia Corp. | | None | J | T | | | | | |
| 333. Office Max, Inc. | | | J | T | | | | | |
| 334. PNC Bank | | | K | T | | | | | |
| 335. Petroleo Brasileiro SA | | | J | T | | | | | |
| 336. Pfizer, Inc. | B | Dividend | J | T | | | | | |
| 337. Portugal Telecom | | | J | T | | | | | |
| 338. Public Service Ent. Group, Inc. | A | Dividend | K | T | | | | | |
| 339. Repsol SA | | | J | T | | | | | |
| 340. Roche Holding, Ltd. | | | J | T | | | | | |
| 341. Safeway, Inc. | | None | | | Sell | 9/2 | J | | |
| 342. SBC Communications, Inc. | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 343. Schering Plough Corp. | A | Dividend | J | T | | | | | |
| 344. Schlumberger, Ltd. | | | J | T | | | | | |
| 345. Scottish Power | A | Dividend | J | T | | | | | |
| 346. Sprint CP | A | Dividend | | | Sell | 12/14 | J | | |
| 347. Sumitomo Mitsui | | | J | T | | | | | |
| 348. TXU Corp. | | | J | T | | | | | |
| 349. Taiwan Semiconductor Mfg. | | | J | T | | | | | |
| 350. Target Corporation | A | Dividend | | | Sell | 11/17 | J | | |
| 351. Telecentro Oeste Celular | | | J | T | | | | | |
| 352. Telecom Italia | | | J | T | | | | | |
| 353. Telebras | | | J | T | | | | | |
| 354. Telefonica de Espana SA | A | Dividend | J | T | | | | | |
| 355. Telefonos de Mexico | | | J | T | | | | | |
| 356. Teleleste Celular | | | J | T | | | | | |
| 357. Telesp Celular | | | J | T | | | | | |
| 358. Tenet Healthcare Corp. | | | J | T | | | | | |
| 359. Tim Participacoes | | | J | T | Merger | 10/12 | J | | |
| 360. Total SA | | | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/ eller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 361. Toys R Us | | None | | | Sell | 9/9 | | | |
| 362. UST, Inc. | | | J | T | | | | | |
| 363. Unilever NV | A | Dividend | J | T | | | | | |
| 364. Unisys Corp. | | | J | T | | | | | |
| 365. Verizon Comm. | A | Dividend | | | Sell | 10/18 | J | | |
| 366. Viacom, Inc. | | | J | T | | | | | |
| 367. Volkswagen AG | | | J | T | | | | | |
| 368. Walgreen Co. | A | Dividend | J | T | | | | | |
| 369. Washington Mutual, Inc. | A | Dividend | K | T | Buy | 10/14 | K | | |
| 370. Waste Management, Inc. | A | Dividend | | | Sell | 9/3 | J | | |
| 371. Wells Fargo & Co. | A | Dividend | K | T | | | | | |
| 372. Wyeth | A | Dividend | J | T | | | | | |
| 373. Xerox Corp. | | | J | T | | | | | |
| 374. Daimler Chrysler AG | | | J | T | | | | | |
| 375. Global Santa Fe Corp. | | | J | T | | | | | |
| 376. Willis Group Holdings, Ltd. | | | J | T | | | | | |
| 377. Flextronics Int., Ltd. | | | J | T | | | | | |
| 378. 2ACCT1 (See Comment 6, Sec. VIII): | | | | | | | | | |

1. Income/Gain Codes:        A  = $1,000 or less        B  = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)    F  = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:        J  = $15,000 or less        K  = $15,001-$50,000        L  = $50,001-$100,000        M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                    P3 = $25,000,001-$50,000,000        P4 = $More than $50,000,000

3. Value Method Codes        Q  = Appraisal        R = Cost (Real Estate Only)    S = Assessment        T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 379. MONEY MARKET: | | | | | | | | | |
| 380. Money Trust | A | Dividend | J | T | | | | | |
| 381. STOCKS: | | | | | | | | | |
| 382. Chevron Texaco | A | Dividend | J | T | | | | | |
| 383. Intel | A | Dividend | J | T | | | | | |
| 384. First Horizon National Corp. (formerly First Tenn. National) | A | Dividend | K | T | | | | | |
| 385. Sun Trust Banks | A | Dividend | | | Sell | 6/1 | K | C | |
| 386. American Intl. GP | A | Dividend | | | Sell | 10/15 | K | D | |
| 387. General Electric Co. | A | Dividend | J | T | | | | | |
| 388. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 389. Duke Energy Corp. | A | Dividend | J | T | Buy | 5/21 | J | | |
| 390. Sotheby's Holding, Inc. | | None | J | T | Buy | 4/16 | J | | |
| 391. MUTUAL FUNDS: | | | | | | | | | |
| 392. 2ACCT2 (See Comment 6, Sec. VIII): | | | | | | | | | |
| 393. MONEY MARKET: | | | | | | | | | |
| 394. MSDW Liquid Asset | A | Dividend | J | T | | | | | |
| 395. STOCKS: | | | | | | | | | |
| 396. Fedex Corp. (FDX) | A | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 397. Intel | A | Dividend | L | T | | | | | |
| 398. United Parcel Service | A | Dividend | | | Sell | 4/1 | J | B | |
| 399. General Electric | A | Dividend | J | T | | | | | |
| 400. Kraft Foods | A | Dividend | | | Sell | 4/1 | J | A | |
| 401. Mattel, Inc. | | None | | | Sell | 1/26 | J | | |
| 402. Qualcomm, Inc. | A | Dividend | J | T | | | | | |
| 403. Ultra Petro Corp. | | None | | | Sell | 1/26 | J | A | |
| 404. Wal Mart Stores | A | Dividend | J | T | | | | | |
| 405. Yahoo, Inc. | | None | J | T | | | | | |
| 406. JP Morgan Chase & Co. | | None | | | Sell | 1/26 | K | D | |
| 407. Amer. Healthways | | None | J | T | Buy | 1/26 | J | | |
| 408. MUTUAL FUNDS: | | | | | | | | | |
| 409. MDSW Flexible Income Trust B | A | Dividend | J | T | Partial Sell | 6/24 | J | | |
| 410. 2ACCT3 (See Comment 6, Sec. VIII): | | | | | | | | | |
| 411. MONEY MARKET: | | | | | | | | | |
| 412. Active Assets Money Trust | A | Dividend | K | T | | | | | |
| 413. STOCKS: | | | | | | | | | |
| 414. Oracle Corp. | | None | | | Sell | 9/28 | J | B | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 415. Cisco | | None | K | T | | | | | |
| 416. Dell Computer | | None | K | T | | | | | |
| 417. General Electric | A | Dividend | K | T | | | | | |
| 418. Microsoft | A | Dividend | J | T | | | | | |
| 419. Carrier I | | None | J | T | | | | | |
| 420. Morgan Stanley Dean Witter | A | Dividend | K | T | | | | | |
| 421. Dominion Res. | A | Dividend | J | T | | | | | |
| 422. Lyondell Chemical | A | Dividend | J | T | | | | | |
| 423. MUNICIPAL BONDS: | | | | | | | | | |
| 424. Brazos Cty. Health Facs. | A | Interest | J | T | | | | | |
| 425. Harris Cty. Health Facs. | A | Interest | J | T | | | | | |
| 426. Harris Cty. GO | A | Interest | J | T | | | | | |
| 427. Tarrant Cty. Health Resources | A | Interest | J | T | | | | | |
| 428. MUTUAL FUNDS: | | | | | | | | | |
| 429. MSDW Tax Exempt | B | Dividend | K | T | | | | | |
| 430. 2ACCT4 (See Comment 6, Sec. VIII): | | | | | | | | | |
| 431. MONEY MARKET: | | | | | | | | | |
| 432. MSDW Liquid Asset Fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 433. STOCKS: | | | | | | | | | |
| 434. MUTUAL FUNDS: | | | | | | | | | |
| 435. IShares Russell 2000 Value | A | Dividend | K | T | | | | | |
| 436. IShares Russell 2000 Growth | A | Dividend | J | T | | | | | |
| 437. IShares Russell 1000 Growth | A | Dividend | K | T | | | | | |
| 438. IShares Russell 1000 Value | A | Dividend | K | T | | | | | |
| 439. IShares Russell Midcap Value | A | Dividend | J | T | | | | | |
| 440. Ishares S&P Midcap 400 Value | A | Dividend | K | T | | | | | |
| 441. IShares S&P Midcap 400 Growth | A | Dividend | J | T | | | | | |
| 442. IShares S&P 500 Barra Value | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moody, James M | 5/5/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

COMMENT 1:   No assets -- retaining public rights only.

COMMENT 2:   ACCT A:    Managed by Stearne Agee & Leach.

COMMENT 3:   ACCT C:    Managed by Morgan Stanley Dean Witter.

COMMENT 4:   1ACCT5, 6, 7:    Managed by Morgan Stanley Dean Witter.  Accounts were closed on 8/25/04 and assets transferred into "1ACCT8" managed by EDI Financial, Inc.  NOTE:  Under Col. D-1, the legend indicating these transfers is "T8".

COMMENT 5:   1ACCT8:    Managed by EDI Financial, Inc.

COMMENT 6:   2ACCT1, 2, 3, 4:    Managed by Morgan Stanley Dean Witter.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moody, James M | 5/5/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature     Date May 5, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544